# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2270 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 98 DB 2015 |
| | : | |
| v. | : | Attorney Registration No. 45751 |
| | : | |
| LEK DOMNI, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 27th day of June, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board, Lek Domni is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Pa. R.D.E. 217.  Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).